UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD HENRY MUTCH,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　　　)　　Case No. C09-1107RSL
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　ORDER OF DISMISSAL
SCOTT FRAKES,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondent.　　　　)
　　　　　　　　　　　　　　　　　)

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, petitioner's objections thereto, petitioner's motion for an evidentiary hearing, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. 10) is GRANTED and the habeas petition (Dkt. 5) is DISMISSED without prejudice;

(3) Petitioner's motions for release (Dkt. 13) and to appoint counsel (Dkt. 14) are DENIED;

(4) Petitioner's motion for an evidentiary hearing (Dkt. 17) is DENIED; and

(5) The Clerk of Court is directed to send copies of this Order to petitioner and to

ORDER OF DISMISSAL -1

Judge Donohue.

DATED this 22nd day of February, 2010.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL -2